**FAX FILED**
MAR 3 1 2011

FILED ____ APR 0 6 2011

s/VANESSA BAILEY
DY. CLERK OF COURT

BETTY KIMMONS

VERSUS

RACETRAC PETROLEUM, INC. AND
BROADSPIRE SERVICES, INC.

NUMBER ____ DIVISION ___

21ˢᵀ JUDICIAL DISTRICT 2011-0001107

PARISH OF TANGIPAHOA F

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of Betty Kimmons, a resident of the full age of majority of the Parish of Tangipahoa, State of Louisiana, with respect represents:

1.

Made defendants herein are:

a.   RACETRAC PETROLEUM, INC., a business authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808; and

b.   BROADSPIRE SERVICES, INC., an insurance company authorized to do and doing business in the State of Louisiana, who can be served through its agent for service of process, The Honorable Tom Schedler, Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

2.

The above-named defendants are jointly, severally and solidarily liable unto petitioner for damages sustained by petitioner as will be shown at trial and/or described hereinafter, together with legal interest from date of judicial demand until paid and for all costs of these proceedings, for the following reasons:

3.

On or about April 10, 2010, at approximately 11:30 a.m., plaintiff, Betty Kimmons, was a patron at pump # 19 of the Racetrac Petroleum station located at 1205 West Oak Street, Amite, Louisiana, all within the Parish of Tangipahoa, State of Louisiana.

4.

Betty Kimmons had pumped gasoline into her Ford F150 crew cab pick-up truck, walked through a liquid substance on the ground in front of the pump, and was attempting to enter her vehicle when her foot slipped on the running board due to the liquid, and Petitioner fell, resulting in severe and disabling injuries to Betty Kimmons.

5.

Petitioner alleges, upon information and belief, that the sole and proximate cause of the accident described above, was the negligence, fault, strict liability and/or omissions of Racetrac



Petroleum, Inc., in the following non-exclusive particulars, acts and/or omissions:

a.   Failure to maintain a safe environment for patrons and invitees of its business;

b.   Creating an unreasonably dangerous condition on the ground in front of the pump;

c.   Failure to exercise reasonable care and diligence in the discovery of the liquid/foreign substance on the ground in front of the pump;

d.   Once liquid/foreign substance was discovered, failure to provide adequate safety/clean-up measures to prevent accidents;

e.   Failure in general to take what measures could or should have been taken to ensure the safety of others and, in particular, the safety of Betty Kimmons;

f.   Failure to warn petitioner of unreasonably dangerous condition;

g.   Failure to implement adequate safety measures; and

h.   Other acts of negligence, strict liability, fault and/or omissions which may be proven at trial.

6.

Petitioner alleges, upon information and belief, that defendant, Broadspire Services, Inc., insured Racetrac Petroleum, Inc., at all times relevant hereto, for the negligence, fault and/or strict liability of the defendant, Racetrac Petroleum, Inc., and/or otherwise provided coverage for the damages sustained by petitioners as alleged herein and/or as may be proven at trial.

7.

As a result of the accident described herein, Betty Kimmons sustained the following non-exclusive damages:

a.   Injuries to her person;

b.   Mental pain and suffering;

c.   Loss of enjoyment of life;

d.   Medical costs (past and future);

e.   Lost wages (past and future);

f.   Loss of earning capacity (past and future);

g.   Aggravation and inconvenience;

h.   Other damages which will be proven at the trial of this matter.

**WHEREFORE**, petitioner, Betty Kimmons, prays that defendants herein be served and cited with this petition and, after all legal delays and due proceedings had, there be judgment herein in favor of Betty Kimmons, and against defendants, Racetrac Petroleum, Inc. and Broadspire Services,

Inc., jointly, severally and solidarily, for all damages as prayed for herein, together with legal interest

from the date of judicial demand, until paid; for all costs of these proceedings; and for all general

and equitable relief as this Court deems fit.

By Attorneys:

By: _____
    KRIS A. PERRET
    123 St. Ferdinand Street
    Baton Rouge, Louisiana 70802
    Telephone (225) 343-1111
    Facsimile (225) 334-7824
    Bar Roll No. 27035

**INFORMATION FOR SERVICE:**

**RACETRAC PETROLEUM, INC.**
through its agent for service of process
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

**BROADSPIRE SERVICES, INC.**
through its agent for service of process
The Honorable Tom Schedler
Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

3

STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA _____ APR 0 6 2011
                                                  DATE
I ___ s/VANESSA BAILEY ___ do hereby certify
that this document is a true and correct copy of the
original thereof, consisting of ___ page(s) being a
reproduction thereof from the records on file with
the undersigned, in accordance with Louisiana
Revised Statutes Title 13 Section 3733.
                              DEPUTY CLERK